IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

      v.                      2:16-cr-67
                               Judge Marbley

Daniel Dale Guy

<u>ORDER</u>

There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (ECF No. 23) that the defendant's guilty plea be accepted. The court accepts the defendant's plea of guilty to Counts 1 and 2 of the Indictment, and he is hereby adjudged guilty on that count. The court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: July 12, 2016           <u>s\Algenon L. Marbley</u>
                                    Algenon L. Marbley
                                    United States District Judge